UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MELVIN MATSEY,  
    Plaintiff,  
v.  

Case No. 4:24-cv-10571  
HON. SHALINA D. KUMAR  
MAG. JUDGE CURTIS IVY, JR.

CITY OF TROY, a Municipal Corporation,  
TROY POLICE OFFICER A, in his individual capacity,  
TROY POLICE OFFICER B, in his individual capacity,  
TROY POLICE OFFICER C, in his individual capacity,  
TROY POLICE OFFICER D, in his individual capacity,  
    Defendants.

_____/

| | |
|---|---|
| Nadeau Law, PLLC<br>Scott D. Nadeau (P64316)<br>Attorney for Plaintiff<br>26339 Woodward, Ave.<br>Huntington Woods, MI 48070<br>(313) 279-1276<br>scott@nadealawfirm.com | Lori Grigg Bluhm (P46908)<br>Allan T. Motzny (P37580)<br>Troy City Attorney's Office<br>Attorneys for City of Troy<br>500 W. Big Beaver Road<br>Troy, MI  48084<br>(248) 524-3320<br>bluhmlg@troymi.gov<br>motznyat@troymi.gov |

_____/

## APPEARANCE

PLEASE BE ADVISED, that I have on this date filed an appearance on behalf of Defendant City of Troy.

Dated:  April 30, 2024

    s/Lori Grigg Bluhm (P46908)  
    Lori Grigg Bluhm (P46908)  
    Allan T. Motzny (P 37580)  
    Attorneys for Defendant Troy  
    500 W. Big Beaver Rd.  
    Troy, MI 48084  
    (248) 524-3320  
    bluhmlg@troymi.gov

## Certificate of Service

I hereby certify that on April 30, 2024, I electronically filed an Appearance on behalf of Defendant City of Troy using the ECF system which will send notification of such filing to all parties of record using the ECF system.

Dated: April 30, 2024	s/Lori Grigg Bluhm (P46908)
	City of Troy – City Attorney's Office
	Attorney for Defendant City of Troy
	500 W. Big Beaver Road
	Troy, MI 48084
	(248) 524-3320
	bluhmlg@troymi.gov