UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MELVIN MATSEY,   Case No. 4:24-cv-10571
   Plaintiff,   HON. SHALINA D. KUMAR
v.   MAG. JUDGE CURTIS IVY, JR.

CITY OF TROY, a Municipal Corporation,
RUSSELL BRAGG, in his individual capacity,
JOSEPH MORGAN, in his individual capacity,
NICHOLAS HILL in his individual capacity,
JEFFREY CLEMENCE, in his individual capacity,
   Defendants.

_____/

| | |
|---|---|
| Nadeau Law, PLLC | Lori Grigg Bluhm (P46908) |
| Scott D. Nadeau (P64316) | Allan T. Motzny (P37580) |
| Attorney for Plaintiff | Troy City Attorney's Office |
| 26339 Woodward, Ave. | Attorneys for Troy Defendants |
| Huntington Woods, MI 48070 | 500 W. Big Beaver Road |
| (313) 279-1276 | Troy, MI  48084 |
| scott@nadeaulawfirm.com | (248) 524-3320 |
| | bluhmlg@troymi.gov |
| | motznyat@troymi.gov |

_____/

## APPEARANCE

PLEASE BE ADVISED, that I have on this date filed an appearance on behalf of Defendants Russell Bragg and Joseph Morgan.

Dated:  August 29, 2024      s/Allan T. Motzny (P37580)
   Allan T. Motzny (P 37580)
   Attorney Troy Defendants
   500 W. Big Beaver Rd.
   Troy, MI 48084
   (248) 524-3320
   motznyat@troymi.gov

## Certificate of Service

I hereby certify that on August 29, 2024, I electronically filed an Appearance on behalf of Defendants Russell Bragg and Joseph Morgan using the ECF system which will send notification of such filing to all parties of record using the ECF system.

Dated: August 29, 2024        s/Allan T. Motzny (P37580)
                             City of Troy – City Attorney's Office
                             Attorney for Troy Defendants
                             500 W. Big Beaver Road
                             Troy, MI 48084
                             (248) 524-3320
                             motznyat@troymi.gov