UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Melvin Matsey,

       Plaintiff(s),

v.               Case No. 4:24–cv–10571–SDK–CI
                Hon. Shalina D. Kumar

Troy, City of, et al.,

       Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Shalina D. Kumar as follows:

- STATUS CONFERENCE:  September 24, 2024 at 11:30 AM

The conference shall be initiated by .

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   The parties are to call 313–261–7355 and enter Conference ID 256 385 127 to join the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

               By: s/T. Hallwood
                 Case Manager

Dated:  September 19, 2024