UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Melvin Matsey,

                       Plaintiff(s),

v.                                       Case No. 4:24−cv−10571−SDK−CI
                                            Hon. Shalina D. Kumar

Troy, City of, et al.,

                       Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Shalina D. Kumar as follows:

- STATUS CONFERENCE:  October 3, 2024 at 10:30 AM

    The conference shall be initiated by .

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:**   The parties are to call 313−261−7355 and enter Conference ID 256 385 127 to join the call.

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/T. Hallwood
                                                      Case Manager

Dated:   September 20, 2024