UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MELVIN MATSEY,

      Plaintiff,                          Case No. 24-cv-10571

v                                          Hon. Shalina D. Kumar
                                            United States District Judge
TROY, CITY OF et al,            Magistrate Judge Curtis Ivy, Jr.

      Defendant.

| | |
|---|---|
| Nadeau Law, PLLC<br>Scott D. Nadeau (P64316)<br>Attorney for Plaintiff<br>26339 Woodward, Ave.<br>Huntington Woods, Ml 48070<br>(313) 279-1276<br>scott@nadealawfirm.com | Lori Grigg Bluhm (P46908)<br>Allan T. Motzny (P37580)<br>Troy City Attorney's Office Attorneys for Defendant City of Troy 500 W. Big Beaver Road<br>Troy, Ml 48084<br>(248) 524-3320<br>bluhmlg@troymi.gov<br>motznyat@troymi.gov |
| | Beier Howlett, P.C.<br>Michael C. Gibbons (P51304)<br>Monika Koleci Marku (P85371)<br>Mary M. Kucharek (P46870)<br>Attorneys for Officer Nicholas Hill<br>3001 W. Big Beaver Road, Ste. 600<br>Troy, MI 48084<br>(248) 645-9400<br>mgibbons@bhlaw.us.com<br>mkmarku@bhlaw.us.com |

**NOTICE OF APPEARANCE OF MICHAEL C. GIBBONS**

Michael C. Gibbons of Beier Howlett, P.C. hereby enters his appearance on behalf of Defendant, Nicholas Hill.

Respectfully submitted;

**Beier Howlett, P.C.**

By: */s/ Michael C. Gibbons*
　　Michael C. Gibbons (P51304)
　　Attorneys for Defendant, Nicholas Hill
　　3001 W. Big Beaver Road, Suite 600
　　Troy, MI  48084
　　(248) 645-9400
　　(248) 645-9344 – fax
　　mgibbons@bhlaw.us.com

Dated:  February 21, 2025