UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN MATSEY, an individual,

    Plaintiff,                      Case No.  4:24-cv-10571

v                              HON. SHALINA D. KUMAR

CITY OF TROY, a Municipal corporation,    MAG. CURTIS IVY, JR.
RUSSELL BRAGG, in his individual capacity,
JOSEPH MORGAN, in his individual capacity,
NICHOLAS HILL, in his individual capacity,
JEFFREY CLEMENCE, in his individual capacity,
Jointly and Severally,

    Defendants.

---

| | |
|---|---|
| SCOTT D. NADEAU (P64316) | G. GUS MORRIS (P32960) |
| NADEAU LAW, PLLC | JOHN T. GEMELLARO (P74141) |
| Attorneys for Plaintiff | **McGRAW MORRIS MASUD** |
| 26339 Woodward Avenue | Attys for Def. Clemence |
| Huntington Woods, MI  48070 | 2075 W. Big Beaver Road, Ste. 750 |
| (313) 279-1276 | Troy, MI  48084 |
| scott@nadeaulawfirm.com | (248) 502-4000 |
| | gmorris@mcgrawmorris.com |
| | jgemellaro@mcgrawmorris.com |
| PETER GOJCAJ (P68888) | |
| MONIKA KOLECI MARKU | |
| (P85371) | LORI GRIGG BLUHM (P46908) |
| MARY M. KUCHAREK (P46870) | ALLAN T. MOTZNY (P37580) |
| BEIR HOWLETT,  P.C. | TROY CITY ATTORNEY'S OFFICE |
| Attorneys for Def. Hill | Attorneys for Defs City of Troy, Bragg, |
| 3001 W. Big Beaver Rd., Suite 600 | and Morgan |
| Troy, MI  480984 | 500 W. Big Beaver Road |
| (248) 643-9400 | Troy, MI 48084 |
| pgojcaj@bhlaw.us.com | (248) 524-3320 |
| mkmarku@bhlaw.us.com | bluhmlg@troymi.gov |
| | motznyat@troymi.gov |

## STIPULATED ORDER TO DISMISS
## PLAINTIFF'S STATE LAW CLAIMS

Plaintiff, Melvin Matsey, and Defendant, Jeffery Clemence, by and through their respective counsel having stipulated and agreed to the dismissal of Count II, State Law claim for assault and battery, Count III, State law claim for intentional infliction of emotional distress, Count IV, State law claim for gross negligence, without costs to either party, and with prejudice and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Count II, State Law claim for assault and battery, Count II (III), State law claim for intentional infliction of emotional distress, Count II (IV), State law claim for gross negligence, of Plaintiff's Amended Complaint are dismissed with prejudice.

This is not a final Order and does not close this case.

Date: April 30, 2026

s/Shalina D. Kumar
HON. SHALINA D. KUMAR
U.S. DISTRICT COURT JUDGE

STIPULATED AND AGREED TO:

NADEAU LAW, PLLC

**McGRAW MORRIS MASUD**

/s/Scott D. Nadeau  (w/consent)
SCOTT D. NADEAU (P64316)
Attorney for Plaintiff

/s/John T. Gemellaro
JOHN T. GEMELLARO (P74141)
Attorney for Defendant