UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN MATSEY,

                              Plaintiff,        Case No. 24-10571
                                                Honorable Shalina D. Kumar
v.                                              Magistrate Judge Curtis Ivy, Jr.

CITY OF TROY et al.,
                              Defendants.

_____

## ORDER TO SHOW CAUSE

_____

Defendants City of Troy (the "City"), Russell Bragg and Joseph

Morgan, Nicholas Hill, and Jeffrey Clemence, respectively, filed four

motions for summary judgment. ECF Nos. 44, 45, 46, 47. The Court

entered two stipulated orders extending plaintiff Melvin Matsey's time to file

his responses to these motions. *See* ECF Nos. 50, 53. Under the terms of

the second stipulated order, Matsey's responses were due by May 8, 2026.

No responses were filed. Bragg, Morgan and the City filed reply briefs

before their extended deadline of May 22, 2026, and Hill and Clemence

filed reply briefs on May 22, 2026.  ECF Nos. 54, 55, 56, 57. As the City

notes in its reply, counsel for Matsey emailed a response to the

defendants, but never filed it with the Court. ECF No. 55, PageID.1319, n.1.

Page 1 of 2

Accordingly, the Court **ORDERS** that, **within seven (7) days of the date of this Order**, Matsey file his response(s) with the Court, or show cause in writing why the Court should not decide the pending motions for summary judgment as unopposed.

**IT IS SO ORDERED**.

s/Shalina D. Kumar
SHALINA D. KUMAR
UNITED STATES DISTRICT JUDGE

Date: May 26, 2026