UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELVIN MATSEY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TROY et al.,<br><br>Defendants. | Case No. 24-10571<br>Honorable Shalina D. Kumar<br>Magistrate Judge Curtis Ivy, Jr. |

**JUDGMENT**

In accordance with the Court's Opinion and Order entered on September 18, 2026, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.

Dated at Flint, Michigan, this 18th day of September, 2026.

KINIKIA ESSIX
CLERK OF THE COURT

s/Tammy Hallwood
Deputy Clerk

APPROVED BY:

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge